**Commonwealth of KENTUCKY, Education Cabinet, Department for the Blind, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

**No. 04–5135.**

United States Court of Appeals, Federal Circuit.

Nov. 24, 2004.

ON MOTION

*ORDER*

The Commonwealth of Kentucky, Education Cabinet, Department for the Blind moves without opposition to voluntarily dismiss its appeal of an order of the United States Court of Federal Claims in *Commonwealth of Kentucky v. United States,* No. 04–831 C (Fed.Cl. July 20, 2004).

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The unopposed motion to dismiss is granted.*

(2) Each side shall bear its own costs.

(3) All pending motions are moot.

**Betty PILCHER, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

**No. 04–3396.**

United States Court of Appeals, Federal Circuit.

Nov. 24, 2004.

ORDER

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

---

\* We note that the Commonwealth requests that this dismissal be without prejudice, however, it is not the practice of this court to dismiss with or without prejudice.